# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY D. HOLLIDAY

NO. 2023 KW 0774

**OCTOBER 10, 2023**

---

In Re:    Anthony D. Holliday a/k/a Holiday, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-86-0363.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

**WRIT DENIED.** The instant application for postconviction relief, filed on December 22, 2022, is procedurally barred on its face. See La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*). Furthermore, the Louisiana Supreme Court has found that relator has exhausted his right to state collateral review. See **State ex rel. Holiday v. State**, 2015-1344 (La. 6/17/16), 194 So.3d 1106 (*per curiam*).

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT